UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Javier G.,

Petitioner,

v.

Markwayne Mullin, Secretary, Department of Homeland Security; Todd Blanche, Attorney General; David Venturella, Acting Director, Immigration and Customs Enforcement; David Easterwood, Field Office Director, St. Paul Field Office, ICE; and The Sheriff of Sherburne County, Minnesota in his/her official capacity as the administrator of the Sherburne County Jail,

Respondents.

Civ. No. 26-4100 (PAM/ECW)

**ORDER**

---

**IT IS HEREBY ORDERED that:**

1. Petitioner's Emergency Motion (Docket No. 7) is **GRANTED in part**;

   a. Respondents are directed to return Petitioner to the District of Minnesota;

   b. Upon his return, Respondents are **ENJOINED** from moving Petitioner outside of the District of Minnesota until the Immigration Court rules on his Emergency Motion to Stay Removal, as this Court previously ordered (Docket No. 4); and

   c. Respondents shall permit Petitioner to communicate with his attorney by telephone call or legal visit.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Javier G. by no later than September 30, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Any reply is due on or before October 6, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: September 23, 2026

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge