# UNITED STATES DISTRICT COURT
## District of Minnesota

Javier Gomez Rocha,

Petitioner(s),

v.

Markwayne Mullin, Todd Blanche, David Venturella, David Easterwood, Sheriff of Sherburne County, Minnesota,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-04100-PAM-ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED;
2. Because the immigration court has denied Petitioner's application to stay removal, the Court's previous Order (Docket No. 11) enjoining Petitioner's removal from Minnesota is VACATED; and
3. This action is DISMISSED.

Date: 10/14/2026

KATE M. FOGARTY, CLERK